Margaret T. McGovern and Joseph V. McGovern, as executrix and executor of the estate of Michael H. McGovern, deceased, appellants, v. Claim of Dr. George W. Hax, appellee. Gen. No. 37,243.

 Heard in the first division of this court for the first district at the December term, 1933. Opinion filed April 2, 1934. Rehearing denied April 16, 1934.

Brundage, Landon & Holt, for appellants; Robert N. Holt, of counsel. Winston, Strawn & Shaw, for appellee; Harold A. Smith and Robert Tieken, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Paul Lazar, plaintiff in error, v. First Union Trust and Savings Bank, defendant in error. Gen. No. 37,312.

 Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 2, 1934.

Walter W. Keating, for plaintiff in error; Walter E. Moss, of counsel. Nat M. Kahn, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

A. A. Hoffman, appellee, v. Tower Garage Company, appellant. Gen. No. 37,400.

 Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 2, 1934.

Roy S. Gaskill, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Hans E. Lehman, appellee, v. Grace Helen Lehman, appellant. Gen. No. 37,085.

Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 30, 1934.

William S. Stahl, for appellant. Bernard J. Juron, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.